**Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-08-01169-CV

---

## CAROL ANN NORRA, Appellant

## V.

## HARRIS COUNTY, TEXAS AND THE STATE OF TEXAS, ACTING BY AND THROUGH THE TEXAS COMMISSION ON ENVIROMENTAL QUALITY, Appellee

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-47771**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 2, 2008. On January 29, 2009, this court abated the appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 08-38157. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on December 19, 2012. The parties failed to advise this court of the bankruptcy court action.

On April 18, 2013, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.